**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7385**

RICHARD B. GLAWSON,

            Petitioner - Appellant,

        v.

JENNIFER SAAD, Warden,

            Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, Chief District Judge.  (3:17-cv-00075-GMG)

Submitted:  March 28, 2019                          Decided:  April 11, 2019

Before WILKINSON and KEENAN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Richard B. Glawson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard B. Glawson, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2241 (2012) petition without prejudice for lack of jurisdiction. We have reviewed the record and conclude that Glawson has not satisfied the criteria announced in *United States v. Wheeler*, 886 F.3d 415 (4th Cir. 2018), *cert. denied*, __ S. Ct. __, No. 18-217, 2019 WL 1231751 (Mar. 18, 2019) for pursuing habeas relief under § 2241.). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*